IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER, <br><br> Plaintiff, <br><br> vs. <br><br> LANCASTER COUNTY ADULT CORRECTIONAL CENTER, LANCASTER COUNTY JAIL MEDICAL STAFF, S. JENKINS, Lancaster County A.P.R.N.; LANCASTER COUNTY JAIL CLASSIFICATION REVIEW BOARD, LANCASTER COUNTY JAIL EMPLOYMENT OPPERTUNITY BOARD, BRAD JOHNSON, Lancaster County Jail Director; and SGT. MILLER, Inmate Hiring Officer; <br><br> Defendants. | 8:21CV97 <br><br> ORDER |

    IT IS ORDERED that Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Filing 8) is denied as moot. Judgment was entered on March 18, 2021 (Filing 7) pursuant to the Plaintiff's Motion to Dismiss (Filing 6).

    Dated this 25th day of March, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge